UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

REGIS REYMON MADISON,

    Petitioner,

v.                                         Case No.  3:18-cv-237-LC-MJF

MARK S. INCH,

    Respondent.
_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 3, 2020. (Doc. 22). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the objections filed.

Having considered the Report and Recommendation and the objections thereto, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 22), is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus (Doc. 5), challenging the judgment of conviction and sentence in *State of Florida v. Regis Reymon Madison*, Santa Rosa County Circuit Court Case No. 2010-CF-140, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk is directed to close this case file.

**DONE AND ORDERED** this 21st day of July, 2020.

                 s/*L.A. Collier*
                 **LACEY A. COLLIER**
                 **SENIOR UNITED STATES DISTRICT JUDGE**